1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGELES L. PARTMAN, ) | Case No.: 13-CV-03468-LHK |
| ) | |
| Plaintiff, ) | ORDER REASSIGNING CASE TO A |
| ) | MAGISTRATE JUDGE FOR ALL |
| v. ) | PURPOSES |
| ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Both parties have consented to proceed before a Magistrate Judge for all purposes. ECF Nos. 5, 14. Accordingly, the Court directs the Clerk to randomly reassign the case to a Magistrate Judge for all purposes. Appeal from any orders or judgment will be taken directly to U.S. Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: January 24, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 13-CV-03468-LHK
ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES